IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Maurice E. Meyer, III, ) | C/A No.: 3:08-3828-JFA-JRM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Michael J. Astrue, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In light of the decision of the United States Court of Appeals in *Meyer v. Astrue*, 662 F.3d 700 (4th Cir. 2011), this court's order and judgment dated March 25, 2010 (ECF Nos. 31, 32) are vacated; and this action is hereby remanded to the Commissioner for further proceedings consistent with the Fourth Circuit's opinion.

IT IS SO ORDERED.

February 7, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge